UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.: CV 16-00525-RAO          Date: November 7, 2016
Title: Manuel John Reyes v. Carolyn W. Colvin

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers) **ORDER TO SHOW CAUSE RE DISMISSAL**

On September 21, 2016, the Court issued an order extending the briefing schedule in this case. (Dkt. No. 19.) Under that order, the parties were directed to submit a completed Joint Stipulation by November 1, 2016. To date, the parties have not submitted a Joint Stipulation.

**IT IS ORDERED** that Plaintiff Manuel John Reyes ("Plaintiff") must show cause, in writing, on or before **November 15, 2016**, why this action should not be dismissed for failure to prosecute and to obey Court orders. Plaintiff's obligation to show cause may be discharged by the parties' filing of a Joint Stipulation by the November 15, 2016, deadline.

**IT IS SO ORDERED.**

:
Initials of Preparer      gr