FILED
CLERK, U.S. DISTRICT COURT

01/31/17

CENTRAL DISTRICT OF CALIFORNIA
BY: ___GR___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MANUEL JOHN REYES,

        Plaintiff,

    v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

        Defendant.

Case No.  CV 16-0525-RAO

**JUDGMENT**

    In accordance with the Memorandum Opinion and Order filed concurrently herewith,

    IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: January 31, 2017

                       _Rozella A. Oliver_____
                       ROZELLA A. OLIVER
                       UNITED STATES MAGISTRATE JUDGE